# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2019

### NO. 03-19-00755-CV

**M. M. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY

This is an appeal from the final order signed by the trial court on October 4, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.